UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1962-GW(JPRx) | Date | January 11, 2016 |
|---|---|---|---|
| Title | *Phillips 66 Company v. T.M.B. Enterprises, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian E. Waters<br>Darin L. Brooks | Suzanne Helo, pro se |

**PROCEEDINGS:** PHILLIPS 66 COMPANY'S MOTION FOR PROTECTION FROM VEXATIOUS LITIGATION PURSUANT TO LOCAL RULE 83-8 AND FOR SANCTIONS [44]

Court confers with the parties. For reasons stated on the record, Plaintiff Phillips 66's motion is continued to January 28, 2016 at 8:30 a.m. Plaintiff may appear telephonically provided notice is given to the clerk two business days prior to the hearing.

| | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |