Darin L. Brooks
Texas State Bar No. 00796252
dbrooks@grayreed.com
Brian E. Waters
Texas State Bar No. 24078035
bwaters@grayreed.com
GRAY REED & MCGRAW, P.C.
1300 Post Oak Blvd., Suite 2000
Houston, Texas  77056
Phone:       (713) 986-7000
Facsimile: (713) 986-7100

Attorneys for Plaintiff
Phillips 66 Company

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS 66 COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>T.M.B. ENTERPRISES, INC., THOMAS HELO AND SUZANNE HELO,<br><br>Defendants. | Case No. CV 15-1962-GW(JPRx)<br><br>**FINAL JUDGMENT AGAINST GUARANTOR THOMAS HELO** |

   Before the Court is Plaintiff Phillips 66 Company's Motion for Final Summary Judgment against Thomas Helo. After consideration of the papers in support of and in opposition to Plaintiff's motion for summary judgment, the pleadings and papers on file, and any arguments of counsel and *pro se* defendant Thomas Helo, the Court orders summary judgment in favor of Phillips 66 Company as follows:

1. Phillips 66 Company is owed the amount of $285,025.89 by Thomas Helo;

2. Phillips 66 Company is entitled to prejudgment interest against Thomas Helo at the rate of $47.95 per day from March 28, 2012 to May 3, 2016, in the amount of $71,779.28;

3. Phillips 66 Company is entitled to additional prejudgment interest against Thomas Helo at the rate of $47.95 per day from May 4, 2016 to the day before the date of this judgment;

4. Phillips 66 Company is entitled to post-judgment interest against Thomas Helo from the date of this judgment in accordance with 28 U.S.C. § 1961;

5. Phillips 66 Company is entitled to reasonable attorney's fees against Thomas Helo in the amount of $168,401.95 and litigation expenses against Thomas Helo in the amount of $1,178.65; and

6. Phillips 66 Company is entitled to costs of court.

7. Phillips 66 is entitled to all writs and process necessary to enforce and collect this judgment.

8. This judgment finally disposes of all remaining parties and all remaining claims, and is appealable.

Dated: June 7, 2016

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE